IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

NAKIA ADAMS

CRIMINAL
NO. 15-0580

**ORDER**

**AND NOW**, this 4th day of October, 2017, upon consideration of Defendant's Motion to Dismiss Count One of the Superseding Indictment, all supporting and opposing papers, and oral argument on the issue, it is hereby **ORDERED** that Defendant's Motion to Dismiss Count One is **DENIED**.

BY THE COURT:

_____
Jeffrey L. Schmehl, J.