IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 15-0580 |
| NAKIA ADAMS | |

# ORDER

**AND NOW**, this 4th day of June, 2018, upon reviewing Defendant's counsel Luther E. Weaver, III's Motion to Withdraw as Attorney for the Defendant (Docket No. 190), Defendant Nakia Adams' *pro se* Motion to Remove Mr. Weaver as counsel (Docket No. 194), all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. Defendant's counsel Luther E. Weaver, III's Motion to Withdraw (Docket No. 190) is **DENIED**. Mr. Weaver is required to remain as counsel at least until Mr. Adams' sentencing.

2. Mr. Weaver is granted an additional ninety (90) days from the date of this Order to file supplemental briefing to Mr. Adams' Motion for Judgment of Acquittal and New Trial (Docket No. 171).

3. Defendant Nakia Adams' *pro se* Motion to Remove Mr. Weaver as counsel (Docket No. 194) is **DENIED**.

**BY THE COURT:**

*s/s JEFFREY L. SCHMEHL, J.*
Jeffrey L. Schmehl, J.